UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JORDI JOSHETH URBINA PACHECO,

    Petitioner,

v.                                                                      Case No. 3:26-cv-296-MMH-SJH

WARDEN, FLORIDA BAKER
CORRECTIONAL INSTITUTE, et al.,

    Respondents.
_____

**ORDER**

    Petitioner Jordi Josheth Urbina Pacheco initiated this action, through counsel, by filing a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Emergency Injunctive and Declaratory Relief (Doc. 1; Petition). He also filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 2; Motion).

    The Petition is not a model of clarity, and the Court cannot even be sure who Pacheco intends to sue. Compare Petition at 1 (listing Warden, Florida Baker Correctional Institute; Garrett J. Ripa; and Kristi Noem), with id. at 2 (listing Warden of the Baker Correctional Institute, DHS, ICE, and the ICE Orlando Field Office Director). While the Court can speculate as to the claims

Pacheco intends to raise, he carries the burden of clearly identifying his claims and the relief he seeks.

As such, the Court **STRIKES** the Petition without prejudice to Pacheco refiling his claims by **March 2, 2026**.[1] Because the Court strikes the Petition, the Motion (Doc. 2) is **DENIED as moot**.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of February, 2026.

MARCIA MORALES HOWARD
United States District Judge

JAX-3 2/13
c:
Counsel of Record

---

[1] If Pacheco chooses to file an amended petition, he should not include a motion for injunctive relief within the amended petition. Any request for injunctive relief must be made in a separate motion. See Fed. R. Civ. P. 65; Local Rules 6.01 and 6.02, United States District Court, Middle District of Florida.